# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**EDWARD LEE BROWN,**

    **Plaintiff,**

**v.**                                                               **Case No. 1:21-cv-23-AW-GRJ**

**MADELINE GRIFFIN,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having considered the magistrate judge's April 5, 2021 Report and Recommendation, ECF No. 11, to which no objections have been filed, I now agree that dismissal is appropriate.

It is now ORDERED:

1. The Report and Recommendation (ECF No. 11) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "This case is dismissed."

3. The clerk will close the file.

SO ORDERED on May 16, 2021.

                                                    _s/ Allen Winsor_
                                                    United States District Judge